## RAMSDELL et v BONSER et

Ohio Appeals, 1st Dist, Hamilton Co

No 5015. Decided March 9, 1936

I. L. Huddle, Cincinnati, and Maurice A. Thon, Cincinnati, for plaintiffs in error.

George E. Fee, Cincinnati, for defendants in error.

### OPINION

By ROSS, PJ.

This is a companion case to No. 5014.

In this case a number of defendants named in the petition, but not served, and, therefore, not bound by the judgment below have been omitted.

In **15 Abs 174**, the same question was presented and the court found such persons were improper as defendants in error. See also: **2 Ohio Jur., §171, p. 193-194.**

The motion will be overruled.

MATTHEWS and HAMILTON, JJ, concur.